UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STONEROAD,

    Plaintiff,

  v.

,

    Defendant.

Case No. 15-cv-01937-JD

**ORDER OF DISMISSAL**

    This case was opened when plaintiff wrote a letter to the Court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    Plaintiff has filed a notice that he did not intend to initiate an action and seeks to dismiss this case. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEROAD, <br><br> Plaintiff, <br><br> v. <br><br> , <br><br> Defendant. | Case No.  15-cv-01937-JD <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Stoneroad ID: D59976
Calif. Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO